Damian P. Richard, Esq. (SBN 262805)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
drichard@sessions.legal
dkirkpatrick@sessions.legal

Attorney for CMRE Financial Services, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORI HILL, | Case No.:  16-cv-04146 BRO KS |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| CMRE FINANCIAL SERVICES, INC., | |
| Defendant. | |

Defendant, CMRE Financial Services, Inc., through counsel hereby submits this Notice of Settlement and states that the parties have reached an agreement resolving the issues in this case and are preparing a written settlement agreement with regard to this case.  Upon completion of the terms, the parties will file the appropriate dismissal documents with the Court.

Dated: 12/7/16               SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

*/s/Damian P. Richard*
Damian P. Richard
Attorney for Defendant
CMRE Financial Services, Inc.