Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORI HILL,<br>        Plaintiff,<br>    v.<br>CMRE FINANCIAL SERVICES, INC.,<br>        Defendants. | Case No.: 2:16-cv-04146-BRO-KS<br><br>**ORDER ON<br>STIPULATION FOR DISMISSAL<br>OF ACTION WITH PREJUDICE** |

TO THE CLERK:

Plaintiff, CORI HILL (herein after "Plaintiff"), and Defendant, CMRE FINANCIAL SERVICES, INC. (hereinafter "Defendants"), (all jointly hereinafter referred to as "the Parties") hereby move to dismiss the action with prejudice, and in support of this Motion hereby say:

1. This matter is resolved between the parties.

2. The Parties to the litigation have now entered into this Joint Motion.

3. Each party will bear its own attorney's fees and costs.

4. The Parties agree that this Court can proceed to dismiss the action with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court dismiss this action with prejudice.

| | |
|---|---|
| /S/ *Damian P Richard* | /S/ *Amy L. Bennecoff Ginsburg* |
| Damian P Richard, Esq. | Amy L. Bennecoff Ginsburg Esq. |
| Sessions Fishman Nathan and Israel LLP | Kimmel & Silverman, P.C. |
| 1545 Hotel Circle South Suite 150 | 30 East Butler Pike |
| San Diego, CA 92108-3426 | Ambler, PA 19002 |
| Phone: 619-758-1891 | Phone: (215) 540-8888 |
| 617-296-2013 (fax) | Fax: (215) 540-8817 |
| Email: drichard@sessions.legal | Email: aginsburg@creditlaw.com |
| Attorney for Defendant | Attorney for the Plaintiff |
| Date: February 20, 2017 | Date: February 20, 2017 |

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Damian P Richard, counsel for Defendants, and that I have obtained Counsel's authorization to affix his electronic signature to this document.

Dated: February 20, 2017            Kimmel & Silverman, P.C.

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg Esq.
Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED: ___February 22, 2017___

UNITED STATES DISTRICT JUDGE

- 2 -
STIPULATION FOR DISMISSAL

2:14-cv-310-KJM-DAD